■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MONA GRAVES, Appellant. [718 NYS2d 637] —Appeal by the defendant from a judgment of the Supreme Court, Westchester

County (Cowhey, J.), rendered January 8, 1998, convicting her of assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are without merit. S. Miller, J. P., Friedmann, Krausman and Luciano, JJ., concur.